SIDNEY L. BRODY, PLAINTIFF-APPELLANT, v. CITY OF MILLVILLE AND AIRWORK SERVICE DIVISION OF PACIFIC AIRMOTIVE, INC., DEFENDANTS-RESPONDENTS.

Argued January 23, 1973—Decided February 7, 1973.

*Mr. Anthony D. Buonadonna,* argued the cause for apellant (*Messrs. Tuso and Gruccio,* attorneys).

*Mr. Edward S. Miller* argued the cause for respondent, City of Millville (*Messrs. Gant and Miller,* attorneys).

*Mr. Paul R. Porreca* appeared for respondent, Airwork.

PER CURIAM. The judgment of the Appellate Division, 120 *N. J. Super.* 1, is affirmed substantially for the reasons expressed in its opinion.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, HALL and MOUNTAIN, and Judges SULLIVAN and LEWIS—6.

*For reversal*—None.